IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | \* |
| | \* |
| Plaintiff, | \* |
| | \* |
| v. | \*   CIVIL ACTION NO. 11-0676-CG-C |
| | \* |
| **$23,000.00, more or less, in U.S. Currency,** | \* |
| | \* |
| Defendant. | \* |

## FINAL JUDGMENT OF FORFEITURE

In accordance with the separate Order entered on this date, it is **ORDERED, ADJUDGED, and DECREED** that the defendant, $23,000.00, more or less, in U.S. Currency, is **FORFEITED** to the plaintiff, the United States of America, for disposition according to law, pursuant to 18 U.S.C. § 981(a)(1)(A) and 21 U.S.C. § 881(a)(6).

**DONE and ORDERED** this 17th day of October, 2012.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE